1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff
   Scott N. Johnson

6

7
                    **UNITED STATES DISTRICT COURT**
8
             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11

12                                    ) Case No. **2:12-cv-00280-JAM-KJN**
   Scott N. Johnson                   )
13                                    ) **ORDER RE: REQUEST FOR EXTENSION**
              Plaintiff,              ) **OF TIME TO FILE DISPOSITIONAL**
14                                    ) **DOCUMENTS**
        vs.                           )
15                                    )
   Michael G. Cacy, et al,            )
16                                    )
              Defendants.             )
17                                    )
                                      )
18                                    )
                                      )
19 _____)

20

21      IT  IS  SO  ORDERED  THAT  the  parties  shall  file
22 dispositional documents no later than August 9, 2012.

23 Date: July 20, 2012

24                              /s/ John A. Mendez
                               Hon. John A. Mendez
25                             United States District Judge

26

27

28

                         CIV: S-12-280-JAM-KJN- 1