SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Michael G. Cacy, et al,<br><br>         Defendants. | Case No. **2:12-cv-00280-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

   IT IS SO ORDERED THAT the parties shall file dispositional documents no later than August 9, 2012.

Date: July 20, 2012

                    /s/ John A. Mendez
                    Hon. John A. Mendez
                    United States District Judge